NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID MICCICHE, DOC #T82787,            )
                                        )
            Appellant,                  )
                                        )
v.                                      )
                                        )   Case No. 2D17-3556
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed April 25, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County, Michelle Sisco,
Judge.

David Micciche, pro se.

PER CURIAM.

            Affirmed.

LaROSE, C.J., and SLEET and BADALAMENTI, JJ., Concur.